UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

This Document Relates To:

| | |
|---|---|
| *Margaret Bird v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.11-cv-11383-DRH |
| *Pamela Barth, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10112-DRH |
| *Casey Roop, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10978-DRH |
| *Eva Edwards v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.10-cv-10939-DRH |
| *Abby Buckingham v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.10-cv-10658-DRH |
| *Candance Greene v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.11-cv-10723-DRH |
| *Geralyn Holbrook, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.10-cv-10347-DRH |
| *Debra McCray v. Bayer HealthCare* | No.11-cv-10696-DRH |

| | |
|---|---|
| *Pharmaceuticals Inc., et al.* | |
| *Tara Newman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.11-cv-10490-DRH |
| *Tamara Pfeifer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.10-cv-10501-DRH |
| *Lauren Abramovik v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.11-cv-11229-DRH |
| *Lakeisha Coleman v. Bayer Corporation, et al.* | No.10-cv-12346-DRH |
| *Kristi Ferguson v. Bayer Corporation, et al.* | No.10-cv-10065-DRH |
| *Debra Klesser v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.10-cv-11322-DRH |
| *Adrienne Lopez v. Bayer Corporation, et al.* | No.11-cv-11539-DRH |
| *Elizabeth Schaefer v. Bayer Corporation, et al.* | No.11-cv-11622-DRH |
| *Stacie Wilkie v. Bayer Corporation, et al.* | No.11-cv-11012-DRH |
| *Amanda Belt v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10220-DRH |
| *Ivon Hernandez, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12253-DRH |
| *Patricia Kilcran v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20104-DRH |
| *Lisa M. Naquin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11708-DRH |
| *Patricia B. Robinson, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11712-DRH |
| *Lynell Russell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10496-DRH |
| *Anna Marie Stroh v. Bayer Corporation, et al.* | No. 09-cv-10229-DRH |
| *Dayna M. Swanigan v. Bayer HealthCare* | No. 11-cv-13492-DRH |

| | |
|---|---|
| *Pharmaceuticals Inc., et al.* | |
| *Ashley P. Tomlin, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12473-DRH |
| *Melissa Trask v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11120-DRH |
| *Sharon Weissman v. Bayer Corporation, et al.* | No. 09-cv-10231-DRH |
| *Katheryn Windley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11122-DRH |
| *Sandy Wong v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10804-DRH |
| *Patricia Kinney v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10841-DRH |
| *Crystal Pitre v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.10-cv-11163-DRH |
| *Cynthia Bryson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.11-cv-10829-DRH |
| *Renesa Crooked Arm v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.11-cv-10123-DRH |
| *Brenda Hill v. Bayer Corporation, et al.* | No.09-cv-10001-DRH |
| *Kathleen McGrath v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.10-cv-11808-DRH |
| Jessica Augustave v. Bayer Corporation, et al. | No. 10-cv-12157-DRH |

## **JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

4

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on October 18, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                                  **NANCY J. ROSENSTENGEL,**
                                                  **CLERK OF COURT**

                                                  **BY:   /s/*Sara Jennings***
                                                            **Deputy Clerk**

Dated: October 29, 2013

                                    David R. Herndon
                                    2013.10.29
                                    06:47:41 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT